# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 52 WM 2014
:
Respondent :
:
:
:
v. :
:
:
ALLEN JEROME BROWN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.